STATE OF NEW MEXICO

COUNTY OF BERNALILLO
CITY OF ALBUQUERQUE OFFICE

IN THE METROPOLITAN COURT                    APR 21 2014

STATE OF NEW MEXICO
CITY OF ALBUQUERQUE                          METROPOLITAN COURT

v.                                           No. T4DV201400l821

Ruff, Ryan T.
DOB: 05/22/1992  SSN: XXX-XX-7843
Address: 2322 Cardenes Rd NE
Albuquerque, NM 87110
5ft 8in  160 lbs  Brown Hair Brown Eyes

Defendant.

## AFFIDAVIT FOR ARREST WARRANT & CRIMINAL COMPLAINT

The undersigned, being duly sworn, upon his oath, states that he has reason to believe that on or about the 13th of April, 2014, and in the County of Bernalillo, State of New Mexico, the above named defendant did commit the crime of; Criminal Sexual Penetration E (4) (6) 30-9-11 (Two counts). Kidnapping 30-4-1 (4)

The undersigned further states the following facts on oath to establish probable cause to believe that the above named defendant committed the crimes charged;

Affiant is a full time, salaried, Police Detective for the University of New Mexico Police Department. Affiant has been a Police Officer in the State of New Mexico for over 25 years. Affiant has been trained in and has investigated numerous cases of this type.

Due to the protection of the victim identity in this case, the victim will be referred to as CS from here after. CS are the initials of the alleged victim's name.

On April 13th, 2014 CS, Wendell Carter and Abdullah Saidi drove to a house party located at the corner of Constitution and Monroe NE. Upon their arrival Wendell Carter parked his vehicle on Monroe St NE near Summer Ave NE. Wendell Carter exited the car and walked to the house party, leaving Abdulla Saidi and CS in the car. A short time later a blue colored BMW arrived across the street and three to four males exited the BMW car. One of the males from the BMW noticed that someone was sitting in Wendell Carter's vehicle. The three persons from the BMW approached and Abdullah Saidi could hear one of the subjects say, "Who's is in our team mates car"? All of the subjects from the BMW approach the vehicle that Abdullah and CS are sitting in so they exit the car to explain who they are. Abdullah recognizes one of the males from the blue colored BMW as Crusoe Gongbay and describes another suspect as a black male with long dread lock hair. Abdullah explains to the males that he is a friend of Wendell Carter and that Wendell went to the house party and he was just sitting with CS talking. The males from the BMW immediately draw their attention to CS and ask Abdullah if CS is his girlfriend. Abdullah Saidi explains that CS is just his friend. The attention from the males from the BMW now turns to CS. The three males start to talk to CS and one of the males, later identified as Ryan Ruff, (As described above), put his arms around CS and stated, "No she is coming with

EXHIBIT
1

us". CS, Ryan Ruff, Crusoe Gongbay and another unknown male get inside the BMW and leave the area. CS reports Ryan Ruff is driving Crusoe Gongbay is sitting in the front passenger seat and the unknown male is sitting in the back seat with CS. CS stated once the vehicle started to move the unknown male starts to touch her all over her body and CS is now telling Ryan Ruff to take her back to the party. CS is also telling the unknown male to stop. CS also states that Gongbay and Ruff were coercing the unknown male to force CS to have sex with him. CS states the Unknown male unbuttons his pants and grabs CS by her hair and forces her mouth onto his penis and forcing CS to engage in oral sex. CS stated that the unknown male removed her clothes till she was naked. The unknown male put on a condom and forced CS to his on his lap. The unknown male inserted his penis into her vagina until he ejaculated. CS stated she begged the unknown male to stop but the male would not.

CS stated that the vehicle stopped so that the unknown male and Crusoe Gongbay could switch seats. CS stated that Crusoe Gongbay got into the back seat and unbuckled his belt to his pants and pulled his pants down CS states that Crusoe Gongbay grabs CS by her hair and forces her mouth onto his penis forcing her to engage in oral sex. During this time the unknown male and Ryan Ruff were also enticing Crusoe Gongbay to have sex with CS. CS stated that Crusoe Gongbay has CS lay down in the vehicle back seat and Crusoe Gongbay put a condom on. CS stated that Crusoe Gongbay inserted his penis into her vagina. During this time the vehicle is in motion with Ryan Ruff driving. CS states that she also told Crusoe Gongbay to stop but he continued to have sex with CS till he ejaculated. CS states that she was lying down in the back seat when the driver dropped off the unknown male and Crusoe Gongbay at an unknown location.

CS asked the driver, Ryan Ruff, to take her home. CS states that Ruff drove her to the University of New Mexico Campus where he parked his Blue colored BMW. CS states that Ryan Ruff removed a hand gun that was in a holster from under the driver's seat and got into the back seat with CS. CS states that Ryan Ruff put the gun to her head and told her she would have sex with him as well. CS states that Ryan Ruff put his pants and forced CS to put her mouth on his penis. CS states that Ryan Ruff removed his pants and forced CS to sit on his lap. CS states that Ryan Ruff put on a condom and forced her to have sex. CS states that Ryan Ruff inserted his penis into her vagina, forcing her to have sex. CS states that Ryan Ruff had CS get off of him and he removed the condom. CS states that Ryan Ruff forced her mouth on his penis until he ejaculated. CS states that Ryan Ruff got dressed and allowed CS to get dressed and dropped her off on campus.

On April 14th 2014 Abdullah Saidi did positively identify Crusoe Gongbay on a photo array as the same person who contacted him and CS on the morning of April 13th on Monroe St NE and as the same person who got into the BMW along with CS.

On April 15th, 2014 CS did positively identify Crusoe Gongbay on a photo array as the second person who forced her to have oral sex and vaginal sex in the BMW.

On April 17th, 2014 CS did positively identify Ryan Ruff in a photo array as the third person who forced CS to have oral sex and vaginal sex in the BMW.

Therefore Affiant pray's that the Court issue an Arrest Warrant Ryan T. Ruff, (As described above), for Criminal Sexual Penetration (Two Counts) and Kidnapping

_____ #1185
Signature of Affiant

_____
Judge

Subscribed and sworn to before me in the above named county of the State of New Mexico this 21st day of April 2014.