STATE OF NEW MEXICO
IN THE METROPOLITAN COURT
BERNALILLO COUNTY

FILED IN
METROPOLITAN COURT

2014 JUN 23  PM 1: 05

CUSTOMER SERVICE
DIVISION

STATE OF NEW MEXICO,
        Plaintiff,

vs.

RYAN TERRELL RUFF,                    Case# T-4-DV-2014-001821
        Defendant.

### NOLLE PROSEQUI
### AS TO THIS CASE ONLY

COMES NOW the State of New Mexico, by and through its Assistant District Attorney,

Jacqueline James, and enters a Nolle Prosequi in the above captioned cause, pending further

investigation.

Respectfully submitted,

Jacqueline James
Assistant District Attorney
520 LOMAS NW
Albuquerque, New Mexico 87102

I hereby certify that a true and correct
copy of the foregoing was mailed or faxed to:
the defendant at 3222 Cardenas Rd NE
Albuquerque, NM 87110
and to the Susan Burgess-Farrell
at The Office of the Public Defender
at 505 Marquette Ave. NW,
Albuquerque, NM 87102
on this 23rd day of June, 2014.

Jacqueline James
DA# 2014-02000-1

EXHIBIT
2