Because of intense media interest and requests for comment from the victim in the rape case involving UNM students, the Law Offices of Brad D. Hall releases the following information. The victim in this case continues to be traumatized, and is not ready to speak publicly, especially in light of the attack on her by a lawyer willing to release sex tapes as an 'argument' of consent, when the tapes are more likely evidence of "rape drugging".

1) The victim in this case is 19 years old. She is an honor student at UNM and was on full academic scholarships. The victim was a National Honor Society member, with a very high GPA. She is from a typical small New Mexico town, was active in high school athletics, 4H, her church and her community.
2) The victim maintains a very high GPA at her first year at UNM as well, and was admitted into the National Society of Collegiate Scholars.
3) The victim is everyone's daughter, sister or niece that goes to college as a freshman and lives in a dorm.
4) The victim has always told the truth of what she could recall about the night she was raped, but after going to a party, there are several hours that are completely blank.
5) The victim was apparently drugged by someone at some point after going to a party.
6) Four or five hours later, the victim recalls a BMW, and being dropped off on the edge of campus. The victim entered a dorm without shoes, confused, without her keys, without her cell phone, and crying. A security guard came upon her and called UNM police.
7) The victim gave statements to police that are truthful, of what she remembers.
8) The victim has no recollection to this day of being in all of the places where the videos released by an attorney were apparently taken.
9) The victim is willing to testify about what she knows and remembers.
10) Prosecution decisions are not and have never been hers to make.
11) The victim is still in extensive counseling and treatment.
12) To report to law enforcement like this victim did with what she does remember is an act of bravery.
13) All of the behavior of the victim in this case is completely consistent with "Drug-Facilitated Sexual Assault", which is a huge and growing problem in the USA, globally, and here in NM, even as reported on local news outlets: http://www.koat.com/news/sexual-predator-drugs-on-rise-in-albuquerque/26316766 - l4lrDC
14) Being the victim of a Drug-Facilitated Sexual Assault does not make women victim (or male victims) into liars.
15) The assertion that the victim in this case is a liar is simply wrong, and intentionally ignorant of the use of rape drugs.
16) The media has now seen five video clips of the victim during a press conference held by one of the criminal defense attorneys.
17) The videos and the other ones referred to by the attorney are evidence and graphically show drugged behavior.
18) Over 40 "rape drugs" are out there, many of which can cause a victim to be 'blacked out on his or her feet' for hours at a time. So called "date rape drugs" do not necessarily cause victims to be passed out prone. Even the DEA website notes drugs used for sexual assaults, where the victim suffers from increased

EXHIBIT 3

libido, suggestibility, passivity, and amnesia, while appearing to "participate" in events they will never recall.
19) That an attorney would release video footage of a purported rape while the investigation is still ongoing is both unprofessional and morally reprehensible.
20) The fact that a number of Snapchat Videos were taken of a drugged sexual assault victim is very concerning, and should be very concerning to everyone.
21) There is a reason why the Department of Justice is currently investigating over 50 college and university campuses for the way crimes against women are investigated, given the prevalence of "predator drugs" and "rape drugs". More resources are needed for automatic urine testing.
22) By some estimates, hundreds of sexual assaults occur every week on college campuses, and more than 40% of rape victims in the U.S. do not report the assault.
23) Publicly branding the victim "a liar" and releasing videos of unconsented sexual activity while the investigation is still ongoing sends a strong message to other rape victims, and deter them from coming forward.
24) The video clips apparently shown to the media by a criminal defense attorney are *proof* of drugged behavior, not consent.
25) Learning the effects and symptoms of modern "predatory" or "rape" drugs is essential to understanding the issue of "drug facilitated sexual assault, so that better training can be funded and more resources made available to SANE personnel and other front line first responders in the efforts to make women safer.
26) The victim will be submitting proposed legislation in future months, and is calling upon the Governor, a female and former prosecutor, to support those funding efforts.
27) One excellent resource on the topic of "Rape Drugs" and "Predatory Drugs" is on You Tube at https://www.youtube.com/watch?v=DgqwLhtJDlE
28) Another useful article can be found online at: https://www.erowid.org/psychoactives/assault/assault_article3.shtml

It is our understanding that the criminal investigation into this case is still ongoing.