IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COURTNEY SPENCER.

    Plaintiff,

v.　　　　　　　　　　　　　　　　No. 1:15-CV-00141 MCA/SCY

THE UNIVERSITY OF NEW
MEXICO BOARD OF REGENTS,

    Defendants.

## PRIVILEGE LOG

| Document Type | Date | Author | Subject Matter | Privilege Asserted |
|---|---|---|---|---|
| Witness Statement | 4/28/14 | Wendall Carter | Statement | Redacted attorney-client and attorney work product privilege on 4/28/14; not calculated to lead to the discovery of admissible evidence |
| Witness Statement | 4/29/14 | Abdullah Saidi | Statement | Redacted attorney-client and attorney work product privilege on 4/29/14; not calculated to lead to the discovery of admissible evidence |
| Witness Statement | 5/5/14 | Antoine McGlothon | Statement | Redacted attorney-client and attorney work product privilege on 5/5/14; not calculated to lead to the discovery of admissible evidence |
| Witness Statement | 5/7/14 | Kyle Reynolds | Statement | Redacted attorney-client and attorney work product privilege on 5/7/14; not calculated to lead to the discovery of admissible evidence |



EXHIBIT 9