IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COURTNEY D. SPENCER,

    Plaintiff,

v.    No. 1:15-CV-00141-MCA/SCY

THE UNIVERSITY OF NEW
MEXICO BOARD OF REGENTS,

    Defendant.

### UNOPPOSED ORDER DISMISSING DAMAGES CLAIMS OTHER THAN EMOTIONAL HARM ARISING FROM PHYSICAL INJURY, WITH PREJUDICE

The Court, being advised in the premises upon the unopposed written motion filed by Plaintiff, FINDS the motion well-taken, and IT IS HEREBY ORDERED THAT Plaintiff's punitive damages claims, any damages claims based on lost income or earning capacity, or any damages claims based on anything other than damages arising from physical injury, are all hereby dismissed with prejudice.

_____
M. Christina Armijo
**Chief United States District Judge**

SUBMITTED/APPROVED BY:

/s/ Brad D. Hall 06/09/16
Brad D. Hall
LAW OFFICES OF BRAD D. HALL, LLC
*Attorney for Plaintiff*
320 Gold Ave. SW, Ste. 1218
Albuquerque, NM 87102-3216
(505) 255-6300
brad@bhallfirm.com


LISA P. FORD, ATTORNEY AT LAW
*Attorney for Plaintiff*
320 Gold Ave. SW, Ste. 1218

1

Albuquerque, NM 87102-3216
(505) 385-7443
lford@swcp.com


<u>Approved via TC 06/09/16</u>
Quentin Smith
Leah M. Stevens-Block
SHEEHAN & SHEEHAN, P.A.
*Attorneys for UNM*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411; (505) 842-8890 (fax)
qs@sheehansheehan.com
lsb@sheehansheehan.com