IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COURTNEY D. SPENCER,

    Plaintiff,

v.

                                                        No. 1:15-CV-00141 MCA/SCY

THE UNIVERSITY OF NEW
MEXICO BOARD OF REGENTS,

    Defendant.

## **STIPULATED ORDER OF DISMISSAL**

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice, and the Court being advised that Plaintiff, Courtney D. Spencer, wishes to voluntarily dismiss all claims against Defendant, The University of New Mexico Board of Regents ("UNM"):

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint and Jury Demand [Doc. 3] and any and all other claims against Defendant which were raised or could have been raised in this action should be and hereby are dismissed with prejudice; and

IT IS FURTHER ORDERED that each side shall bear her/its own costs and attorneys' fees.

                                                                     _____
                                                                       M. CHRISTINA ARMIJO
                                                                       Chief United States District Judge

Submitted and approved:

LAW OFFICE OF BRAD D. HALL
*Attorneys for Plaintiff*
320 Gold Ave. SW, Ste. 1218
Albuquerque, NM 87102-3216
(505) 255-6300
brad@bhallfirm.com

By: /s/ Brad D. Hall
_____
Brad D. Hall

LISA P. FORD, ATTORNEY AT LAW
*Attorneys for Plaintiff*
320 Gold Ave. SW, Ste. 1218
Albuquerque, NM 87102-3216
(505) 385-7443
lford@swcp.com

By: /s/ Lisa P. Ford
_____
Lisa P. Ford

and

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendant UNM*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411; (505) 842-8890 (fax)
qs@SheehanSheehan.com
lsb@SheehanSheehan.com
bem@SheehanSheehan.com

By: /s/ Quentin Smith
_____
Quentin Smith
Leah M. Stevens-Block
Brian E. McMath